Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Ph (510) 835-5203
Fax (510) 835-5205

Attorney for Plaintiff
DANIELLE PARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE PARKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No.: 15-CV-05673-TEH<br><br>**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SUBMIT INITIAL DISCLOSURES AND JOINT CMC STATEMENT**<br><br>*IT IS SO ORDERED AS MODIFIED |

　　　　Plaintiff's counsel Maureen McFadden is extremely ill and under medical care. Plaintiff requests a one week extension of the deadline to submit initial disclosures (which is otherwise due today, 3/14/16), a one week extension of the deadline to file the joint case management conference (which is otherwise due today), and a one week continuance of the initial case management conference (set for 3/21/16)

　　　　Plaintiff's counsel sought a 1week extension of the deadline to submit initial disclosures from defense counsel Marianne Koeph.  She has ignored the requests, despite the fact that she sent me several other emails this morning regarding this case. Because Ms. Koeph refused to grant an extension of time to response to discovery in the underlying case in Alameda County Superior Court, I fear a similar response now and/or continuing to be ignored.

　　　　The extension on submitting a joint cmc statement is necessary because the draft recently

supplied to plaintiff's counsel by Ms. Koeph requires substantial corrections and supplementation, and Ms. McFadden is unable to make those changes at this time.

DATED:  March 14, 2015                LAW OFFICES OF MAUREEN E. MCFADDEN

By: _____
    Maureen E. McFadden

Attorney for Plaintiff
DANIELLE PARKER

*The case management conference will be continued to Monday, 04/04/2016, at 1:30 PM. A joint case management statement shall be filed at least seven days prior.



03/17/2016

IT IS SO ORDERED AS MODIFIED

Judge Thelton E. Henderson