UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE PARKER,<br><br>         Plaintiff,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>         Defendant. | Case No. 3:15-cv-05673-TEH   (KAW)<br><br>**ORDER TERMINATING 12/5/16 ADMINISTRATIVE MOTION**<br><br>Re: Dkt. Nos. 34, 36 |

On December 5, 2016, Defendant filed an administrative motion requesting permission to file a unilateral discovery letter or, in the alternative, an order requiring Plaintiff to participate in a meet and confer conference. (Dkt. No. 34.)  The undersigned never received a chambers copy of the motion, and, thereafter, ordered Defendant to lodge same. (Dkt. No. 35.)  On January 4, 2017, Defendant informed the Court that the parties met and conferred and resolved most of the issues raised in the administrative motion. (Dkt. No. 36.)

Accordingly, the Court terminates the December 5, 2016 administrative motion.  The Court reminds the parties of their obligation to engage in good faith meet and confer efforts, as required by Paragraph 10 of the Northern District Guidelines for Professional Conduct.

IT IS SO ORDERED.

Dated: January 5, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge