UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE PARKER,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendant. | Case No. 3:15-cv-05673-TEH (KAW)<br><br>**ORDER TERMINATING 4/3/17 JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 42 |

On April 3, 2017, the parties filed a joint letter, in which Defendant seeks to compel Plaintiff's appearance for the remainder of her deposition before the upcoming April 14, 2017 settlement conference before Judge Laporte. (Joint Letter, Dkt. No. 42 at 1.) Thereafter, Judge Laporte vacated the settlement conference pending the resolution of the joint letter. (Dkt. No. 43.)

Accordingly, the Court TERMINATES the joint letter and orders the parties to meet and confer regarding scheduling the remainder of Plaintiff's deposition. The parties are advised that any extensions of case deadlines, including discovery cut-offs and the last date to file dispositive motions, must be addressed by the presiding judge, and preferably by stipulation of the parties. The Court notes that Plaintiff's complaint regarding the difficulty in taking the deposition of key defense witness Karen Pierce is not before the undersigned. (Joint Letter at 5.) That said, the parties must work together to find a mutually agreeable date to take Ms. Pierce's deposition, as required by the Northern District's Guidelines for Professional Conduct, which does not look kindly upon gamesmanship. (*See* Northern District's Guidelines for Professional Conduct § 3.)

IT IS SO ORDERED.

Dated: April 10, 2017

KANDIS A. WESTMORE
United States Magistrate Judge