UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE PARKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>　　　　Defendant. | Case No. 3:15-cv-05673-TEH (KAW)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO FILE A UNILATERAL JOINT LETTER**<br><br>Re: Dkt. No. 48 |

On April 11, 2017, Plaintiff Danielle Parker filed a request to file unilateral letters regarding her unidentified "discovery disputes." (Dkt. No. 48.) The Court notes that the fact discovery cut-off was April 3, 2017, so April 10, 2017 was the last date a discovery dispute could be timely filed. *See* Civil L.R. 37-3 ("Where the Court has set separate deadlines for fact and expert discovery, no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off. . . .").[1] Thus, Plaintiff's request is DENIED as untimely.

The undersigned acknowledges that the parties have briefed Plaintiff's request to extend the discovery cut-off before the presiding judge.[2] Should the district court extend the deadline to complete fact discovery, the parties may then file joint letters, in accordance with the undersigned's standing order, so long as the extension includes the discovery devices at issue.

IT IS SO ORDERED.

Dated: April 14, 2017

　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Discovery disputes between the parties, including motions to compel, must be addressed by joint letter rather than by formal discovery motion. (Judge Westmore's Standing Order ¶ 13.) Thus, Civil Local Rule 37-3 applies to joint discovery letters.

[2] The Court notes that the briefing also addresses Plaintiff's representation that the 300 pages of documents were not produced until April 3, 2017, while Defendant contends that they were first produced in January. (*See* Dkt. Nos. 46 & 47.)