United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE PARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendant. | Case No. 3:15-cv-05673-TEH (KAW)<br><br>**ORDER TERMINATING DEFENDANT'S MOTION TO STRIKE DEPOSITION CHANGES BY DANIELLE ROSS PARKER AND ORDERING THE PARTIES TO SUBMIT A JOINT LETTER**<br><br>Re: Dkt. No. 51 |

On April 17, 2017, Defendant Comcast Cable Communications Management, LLC filed a motion to strike deposition changes made by Plaintiff Danielle Ross Parker under Federal Rule of Civil Procedure 30(e)(B)(1). (Def.'s Mot., Dkt. No. 51.) Specifically, Defendant contends that the changes did not bear Plaintiff's actual signature or a statement of reasons explaining the changes as required by Rule 30(e). *Id.* at 2. Instead, Defendant claims that this is an attempt to rewrite Plaintiff's deposition testimony rather than correct stenographic or typographical errors. *Id.* Upon cursory review, the Court tends to agree.

After the motion was filed, the presiding judge granted a limited extension to file discovery disputes pertaining to deposition transcripts, so the undersigned TERMINATES the motion and orders the parties to meet and confer, and, if necessary, file a joint letter by Friday, April 21, 2017.[1]  If the parties are unable to meet and confer and file a joint letter by the deadline, the Court

///

---

[1] The deadline was extended until April 20, 2017, but the presiding judge has approved a slightly longer extension in this instance so that the motion may be resolved by joint letter rather than by formal motion.

will entertain a unilateral letter from Defendant to be filed by Monday, April 24, 2017.

IT IS SO ORDERED.

Dated: April 18, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge